UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVANTE LOVING,

                Plaintiff,

        -against-

TROOPER PATRICK PORTEUS, AND TROOPER
PETER VITI, AND TROOPER EDWARD REISER,
INDIVIDUALLY AND AS EMPLOYEES OF THE
STATE OF NEW YORK.,

                Defendant.

---

24 CIVIL 5789 (CS)

**JUDGMENT**

---

        It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in

the Court's Opinion & Order dated June 22, 2026, Defendants' motion for summary judgment is

GRANTED; accordingly, the case is closed.

**Dated:**   New York, New York

       June 23, 2026                    **TAMMI M. HELLWIG**

                                      **Clerk of Court**

        **BY:**

                                      **Deputy Clerk**